ACE Securities Corp., Appellant, v DB Structured Products, Inc., Respondent.

Submitted March 23, 2015; decided March 26, 2015

Motion by Chamber of Commerce of the United States of America et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge Abdus-Salaam taking no part.

ACE Securities Corp., Appellant, v DB Structured Products, Inc., Respondent.

Submitted March 23, 2015; decided March 26, 2015

Motion by Securities Industry and Financial Markets Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge Abdus-Salaam taking no part.

ACE Securities Corp., Appellant, v DB Structured Products, Inc., Respondent.

Submitted March 23, 2015; decided March 26, 2015

Judge Abdus-Salaam taking no part.

ACE Securities Corp., Appellant, v DB Structured Products, Inc., Respondent.

Submitted March 23, 2015; decided March 26, 2015